UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>APPROXIMATELY $80,488.10 U.S. FUNDS,<br><br>           Defendant. | No. 2:15-cv-00152-SAB<br><br>**FINAL ORDER OF FORFEITURE** |

      Plaintiff, United States of America, alleged in a Verified Complaint for Forfeiture <u>In</u> <u>Rem</u> that the Defendant property captioned above is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981. ECF No. 1.

      The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.

      The Defendant property being forfeited is described as follows:

<u>U.S. FUNDS</u>

-Approximately $80,488.10 U.S. funds held in the trust account of Attorney Allen R. Bentley.

      On July 21, 2015, the United States Marshals Service executed the Amended Warrant of Arrest <u>In</u> <u>Rem</u>. The returned warrant was filed with the Court under the above cause number on July 21, 2015. ECF No. 7.

      In accordance with Fed. R. Civ. P. Rule G(4)(a)(iv)(C), Supplemental Rules

**FINAL ORDER OF FORFEITURE** ~ 1

for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of civil forfeiture was posted on an official government website www.forfeiture.gov beginning August 26, 2015, and running through September 24, 2015. ECF No. 8, 8-1 and 8-2. Based upon the internet publication start date of August 26, 2015, the last date to file a timely claim if direct notice was not received was October 25, 2015.

On June 16, 2015, Ocotillo K LLC and Kimberly Jeffreys filed a claim. ECF No. 2. On July 20, 2015, Ocotillo K LLC and Kimberly Jeffreys filed a Stipulation for Forfeiture. ECF No. 6.

No other timely claims to the Defendant Property have been received or filed with the Court.

It appearing to the Court that any and all potential claimant interests in the Defendant property were resolved.

It also appearing to the Court that no additional timely claims have been made to the Defendant property;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Defendant property described as follows is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person.

U.S. FUNDS

-Approximately $80,488.10 U.S. funds held in the trust account of Attorney Allen R. Bentley.

IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the forfeited Defendant property in accordance with law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing or amending this order.

///
///
///

**FINAL ORDER OF FORFEITURE** ~ 2

1  The District Court Executive is hereby directed to file this Order and
2 provide copies to counsel.
3  **DATED** this 29th day of March, 2016.



Stanley A. Bastian
United States District Judge

**FINAL ORDER OF FORFEITURE** ~ 3